16069.   BUCKNER *v.* THE STATE.

LUKE, J. 1. "A showing for a continuance upon the ground of the absence of a witness, is insufficient if it omits to state that the application is not made for the purpose of delay." *Newsome* v. *State,* 61 *Ga.* 481; Penal Code (1910), § 987; *Cobb* v. *State,* 110 *Ga.* 314 (1) (35 S. E. 178), and citations.

2. The above-stated ruling disposes of the amendment to the motion for a new trial; and the general grounds of the motion, not having been argued or insisted upon in the brief of counsel for the plaintiff in error, are treated as abandoned.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 3, 1925.

Conviction of receiving stolen goods; from Whitfield superior court—Judge Tarver.   November 8, 1924.

*J. A. McFarland,* for plaintiff in error.

*J. M. Lang, solicitor-general,* contra.